# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-2184

_____

Richard Johnson

*Plaintiff - Appellant*

v.

Tyson Foods

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville

_____

Submitted: February 7, 2013
Filed: March 1, 2013
[Unpublished]

_____

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Richard Johnson appeals the district court's[1] Federal Rule of Civil Procedure 12(b)(6) dismissal of his complaint asserting discrimination under the Americans with

---

[1]The Honorable Jimm Larry Hendren, United States District Judge for the Western District of Arkansas.

Disabilities Act (ADA). Upon de novo review, see Butler v. Bank of Am., 690 F.3d 959, 961 (8th Cir. 2012) (standard of review), we agree with the district court that Johnson--who had been afforded several opportunities to present his claim--failed to allege sufficient facts to state an ADA claim. See Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009) (complaint must state "more than an unadorned, the-defendant-unlawfully-harmed-me accusation"; conclusory statements of law are insufficient to support claim); Berg v. Norand Corp., 169 F.3d 1140, 144 (8th Cir. 1999) (setting forth elements of ADA claim).[2] The judgment of the district court is affirmed. See 8th Cir. R. 47B.

Judge Arnold dissents.

_____

[2]We decline to consider allegations that Johnson first raised on appeal. See Stone v. Harry, 364 F.3d 912, 914 (8th Cir. 2004) (declining to consider allegations first raised on appeal).